**DISMISS and Opinion Filed October 19, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00673-CV**
_____

**TAMMY HUGHES, Appellant**

**V.**

**PROVISION AT MELISSA, L.P., Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-00496-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss appeal based on settlement. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230673F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMMY HUGHES, Appellant

No. 05-23-00673-CV      V.

PROVISION AT MELISSA, L.P.,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-00496-
2022.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed between the parties, we **ORDER** each party bear its own costs of the appeal.

Judgment entered this 19th day of October 2023.